```
 1  ALAN B. EXELROD (SBN: 50467)
    PATRICE L. GOLDMAN (SBN: 142855)
 2  RUDY EXELROD & ZIEFF, L.L.P
    351 California Street, Suite 700
 3  San Francisco, CA 94104
    Telephone: (415) 434-9800
 4  Facsimile: (415) 434-0513
    E-mail: plg@reztlaw.com
 5
    Attorneys for Plaintiff,
 6  JENNIFER JORDAN

 7  BRIAN LEE JOHNSRUD, State Bar No. 184474
    MORGAN, LEWIS & BOCKIUS LLP
 8  2 Palo Alto Square
    3000 El Camino Real, Suite 700
 9  Palo Alto, CA 94306-2122
    Tel: (650) 843-4000
10  Fax: (650) 843-4001
    E-mail: bjohnsrud@morganlewis.com
11
    M. MICHAEL COLE, State Bar No. 235538
12  MORGAN, LEWIS & BOCKIUS LLP
    One Market, Spear Street Tower
13  San Francisco, CA 94105-1126
    mcole@morganlewis.com
14  Tel: (415) 442-1000
    Fax: (415) 442-1001
15  E-mail: mcole@morganlewis.com

16  Attorneys for Defendant,
    DOUBLECLICK INC.
17
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JENNIFER JORDAN,<br><br>        Plaintiff,<br><br>vs.<br><br>DOUBLECLICK, INC.; DOES 1-30,<br><br>        Defendants. | Case No. 06-CV-7965 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND CERTAIN LITIGATION DEADLINES** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3672881.2

STIPULATION AND [PROPOSED] ORDER
TO EXTEND CERTAIN LITIGATION
DEADLINES CASE NO. 06-CV-7965 JSW

Plaintiff Jennifer Jordan ("Plaintiff") and Defendant DoubleClick, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, file this Stipulation and Proposed Order to Extend Certain Litigation Deadlines:

**WHEREAS**, the parties have completed several depositions, mediated the case (without resolving it), and believe that further depositions are necessary to further evaluate settlement prospects, and to prepare for summary judgment briefing as well as trial;

**WHEREAS**, the parties are unable to schedule and conclude the necessary depositions (including depositions of out-of-state witnesses) before summary judgment moving and opposition papers are to be filed;

**WHEREAS**, the parties stipulate to extend certain discovery deadlines without impacting the trial date, and without any prejudice to any party, as follows:

| Litigation Event | Original Date | Proposed New Date |
|---|---|---|
| Complete mediation | September 28, 2007 | No change |
| Supplement disclosures | October 31, 2007 | November 15, 2007 |
| Close of fact discovery | November 30, 2007 | December 14, 2007 |
| File MSJ Papers | November 2, 2007 | December 14, 2007 |
| MSJ hearing date | December 7, 2007 | ~~January 18, 2008~~ January 25, 2008 |
| Designation of experts | January 9, 2008 | February 8, 2007 |
| Expert discovery close | February 27, 2008 | No change |
| Further CMC | December 7, 2007 | January 25, 2008 |
| Pretrial Conference | February 25, 2008, at 2:00 pm | ~~No change~~ May 5, 2008 |
| Jury Trial | March 17, 2008 | ~~No change~~ May 27, 2008 |

**GOOD CAUSE EXISTS** to continue the litigation deadlines set forth herein so that the parties can conclude fact discovery, further assess settlement prospects, and file summary judgment papers following the close of discovery, if necessary.

///

///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3672881.2

1

STIPULATION AND [PROPOSED] ORDER
TO EXTEND CERTAIN LITIGATION
DEADLINES CASE NO. 06-CV-7965 JSW

**IT IS SO STIPULATED**

Dated: October 30, 2007    RUDY EXELROD & ZIEFF, L.L.P.

By: /s/ Patrice L. Goldman
Patrice L. Goldman
Attorney for Plaintiff JENNIFER JORDAN

Dated: October 31, 2007    MORGAN LEWIS & BOCKIUS LLP

By: /s/ Brian L. Johnsrud
Brian L. Johnsrud
Attorney for Defendant DOUBLECLICK, INC.

**ORDER**

The Court, having considered the Stipulation and Plaintiff and Defendant, approves said Stipulation per the terms contained therein.

**IT IS SO ORDERED**

DATED: October 31, 2007

/s/ Jeffrey S. White
HONORABLE JEFFREY S. WHITE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3672881.2        2        STIPULATION AND [PROPOSED] ORDER
TO EXTEND CERTAIN LITIGATION
DEADLINES CASE NO. 06-CV-7965 JSW