1   ALAN B. EXELROD (SBN: 50467)
    PATRICE L. GOLDMAN (SBN: 142855)
2   RUDY EXELROD & ZIEFF, L.L.P.
    351 California Street, Suite 700
3   San Francisco, CA 94104
    Telephone: (415) 434-9800
4   Facsimile: (415) 434-0513
    E-mail: plg@reztlaw.com
5
    Attorneys for Plaintiff,
6   JENNIFER JORDAN

7   BRIAN LEE JOHNSRUD, State Bar No. 184474
    MORGAN, LEWIS & BOCKIUS LLP
8   2 Palo Alto Square
    3000 El Camino Real, Suite 700
9   Palo Alto, CA 94306-2122
    Tel: (650) 843-4000
10  Fax: (650) 843-4001
    E-mail: bjohnsrud@morganlewis.com
11
    M. MICHAEL COLE, State Bar No. 235538
12  MORGAN, LEWIS & BOCKIUS LLP
    One Market, Spear Street Tower
13  San Francisco, CA 94105-1126
    mcole@morganlewis.com
14  Tel: (415) 442-1000
    Fax: (415) 442-1001
15  E-mail: mcole@morganlewis.com

16  Attorneys for Defendant,
    DOUBLECLICK INC.
17
                    UNITED STATES DISTRICT COURT
18
                   NORTHERN DISTRICT OF CALIFORNIA
19
                   SAN FRANCISCO/OAKLAND DIVISION
20

21
    JENNIFER JORDAN,                    Case No. 06-CV-7965 JSW
22
                   Plaintiff,           **STIPULATION AND [PROPOSED]**
23                                      **ORDER TO EXTEND CERTAIN**
            vs.                         **LITIGATION DEADLINES**
24
    DOUBLECLICK, INC.; DOES 1-30,
25
                   Defendants.
26

27

28
                                       STIPULATION AND [PROPOSED] ORDER
                                       TO EXTEND CERTAIN LITIGATION
                                       DEADLINES CASE NO. 06-CV-7965 JSW

1    Plaintiff Jennifer Jordan ("Plaintiff") and Defendant DoubleClick, Inc. ("Defendant")

2    (collectively, the "Parties"), by and through their respective counsel of record, file this Stipulation

3    and Proposed Order to Extend Certain Litigation Deadlines:

4         **WHEREAS**, the parties have completed several depositions, mediated the case (without

5    resolving it), and believe that further depositions are necessary to further evaluate settlement

6    prospects, and to prepare for summary judgment briefing as well as trial;

7         **WHEREAS**, the parties the parties had been unable to schedule and conclude the

8    necessary depositions (including depositions of out-of-state witnesses) before summary judgment

9    moving and opposition papers were to be filed;

10        **WHEREAS**, the parties stipulated to extend certain discovery deadlines and dates for

11   hearing on a motion for summary judgment; and

12        **WHEREAS**, the October 31, 2007 Order to Extend Certain Litigation Deadlines set a

13   date for hearing on a Motion for Summary Judgment for which plaintiff's counsel have a conflict,

14   the parties stipulate to the following revised schedule, as follows:

| Litigation Event | Original Date | Dates Pursuant to Court Order of 10/31/2007 | Proposed New Date |
|---|---|---|---|
| Complete mediation | September 28, 2007 | No change | |
| Supplement disclosures | October 31, 2007 | November 15, 2007 | No change |
| Close of fact discovery | November 30, 2007 | December 14, 2007 | No change |
| File MSJ papers | November 2, 2007 | December 14, 2007 | No change |
| File MSJ opposition papers | | | January 4, 2008 |
| File MSJ reply papers | | | January 18, 2008 |
| MSJ hearing date | December 7, 2007 | January 25, 2008 | February 1, 2008 |
| Designation of experts | January 9, 2008 | February 8, 2008 | No change |
| Expert discovery close | February 27, 2008 | No change | No change |
| Further CMC | December 7, 2007 | January 25, 2008 | February 1, 2008 |
| Pretrial Conference | February 25, 2008, 2:00 pm | May 5, 2008 | No change |
| Jury Trial | March 17, 2008 | May 27, 2008 | No change |

STIPULATION AND [PROPOSED] ORDER
TO EXTEND CERTAIN LITIGATION
DEADLINES CASE NO. 06-CV-7965 JSW

1
2
3
4   **GOOD CAUSE EXISTS** to continue the litigation deadlines set forth herein.
5
6   **IT IS SO STIPULATED**
7
8   Dated: November 7, 2007          RUDY EXELROD & ZIEFF, L.L.P.
9
                                     By: _____
10                                   Patrice L. Goldman
                                     Attorney for Plaintiff JENNIFER JORDAN
11
   Dated: November 2, 2007           MORGAN LEWIS & BOCKIUS LLP
12
13                                   By: _____
                                     M. Michael Cole
14                                   Attorney for Defendant DOUBLECLICK, INC.
15
16                                   **ORDER**
17        The Court, having considered the Stipulation and Plaintiff and Defendant, approves said
18   Stipulation per the terms contained therein.
19   **IT IS SO ORDERED**
20
   DATED: November 7, 2007
21                                   _____
                                     HONORABLE JEFFREY S. WHITE
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER
TO EXTEND CERTAIN LITIGATION
DEADLINES CASE NO. 06-CV-7965 JSW