1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9     JENNIFER JORDAN,
10              Plaintiff,                        No. C 06-07965 JSW
11        v.
12     DOUBLECLICK INC.,                          **ORDER SETTING BRIEFING
                                                  SCHEDULE**
13              Defendant.
                                            /
14

15          This matter is set for a hearing on February 1, 2008 on Defendant's motion for summary

16    judgment. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no

17    later than January 7, 2008 and a reply brief shall be filed by no later than January 14, 2008.

18          If the Court determines that the matter is suitable for resolution without oral argument, it

19    will so advise the parties in advance of the hearing date. If the parties wish to modify this

20    schedule, they may submit for the Court's consideration a stipulation and proposed order

21    demonstrating good cause for any modification requested.

22

23          **IT IS SO ORDERED.**

24

25    Dated:   December 17, 2007                   _____
                                                  JEFFREY S. WHITE
26                                                UNITED STATES DISTRICT JUDGE

27

28