1  ALAN B. EXELROD (SBN: 50467)
   PATRICE L. GOLDMAN (SBN: 142855)
2  RUDY EXELROD & ZIEFF, L.L.P.
   351 California Street, Suite 700
3  San Francisco, CA 94104
   Telephone: (415) 434-9800
4  Facsimile: (415) 434-0513
   E-mail: plg@reztlaw.com
5
   Attorneys for Plaintiff,
6  JENNIFER JORDAN

7  BRIAN LEE JOHNSRUD, State Bar No. 184474
   MORGAN, LEWIS & BOCKIUS LLP
8  2 Palo Alto Square
   3000 El Camino Real, Suite 700
9  Palo Alto, CA 94306-2122
   Tel: (650) 843-4000
10 Fax: (650) 843-4001
   E-mail: bjohnsrud@morganlewis.com
11
   M. MICHAEL COLE, State Bar No. 235538
12 MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
13 San Francisco, CA 94105-1126
   mcole@morganlewis.com
14 Tel: (415) 442-1000
   Fax: (415) 442-1001
15 E-mail: mcole@morganlewis.com

16 Attorneys for Defendant,
   DOUBLECLICK INC.

17

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JENNIFER JORDAN,<br><br>        Plaintiff,<br><br>vs.<br><br>DOUBLECLICK, INC.; DOES 1-30,<br><br>        Defendants. | Case No. 06-CV-7965 JSW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO AMEND CERTAIN**<br>**LITIGATION DEADLINES** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-SF/7650239.1

STIPULATION AND [PROPOSED] ORDER
TO AMEND CERTAIN LITIGATION
DEADLINES CASE NO. 06-CV-7965 JSW

Plaintiff Jennifer Jordan ("Plaintiff") and Defendant DoubleClick, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, file this Stipulation and Proposed Order to Amend the Deadline for Defendant's Reply Brief in Support of its Motion for Summary Judgment, Or In the Alternative, Partial Summary Judgment:

**WHEREAS**, on November 7, 2007, the parties stipulated to change the date of the hearing on Defendant's Motion for Summary Judgment from January 25, 2008 to February 1, 2008 so as to accommodate a conflict Plaintiff's counsel had;

**WHEREAS**, on November 7, 2007, the parties also stipulated to change the filing deadlines with respect to Defendant's Motion for Summary Judgment and set the deadline for the filing of Plaintiff's opposition for January 4, 2008 and the deadline for the filing of Defendant's reply for January 18, 2008;

**WHEREAS**, on November 7, 2007, the Court signed the parties' stipulation, setting the hearing date for Defendant's Motion for Summary Judgment for February 1, 2008, setting January 4, 2008 as the due date for Plaintiff's opposition, and setting January 18, 2008 as the due date for Defendant's reply and the parties' counsel arranged their calendars accordingly;

**WHEREAS**, on December 17, 2007, after signing the parties stipulation regarding the briefing schedule and after Defendant filed its motion for Summary Judgment, this Court entered a further order setting January 7, 2008 as the due date for Plaintiff's opposition and January 14, 2008 as the due date for Defendant's reply;

**WHEREAS**, the parties stipulate to extend only the deadline on Defendant's reply, without impacting the hearing date or trial date, and without any prejudice to the other party, as follows:

| Litigation Event | November 7, 2007 Stipulation and Order | December 17, 2007 Order | Proposed New Date |
|---|---|---|---|
| File MSJ Opposition | January 4, 2008 | January 7, 2008 | No change |
| File MSJ Reply | January 18, 2008 | January 14, 2008 | January 18, 2008 |
| MSJ Hearing | February 1, 2008 | February 1, 2008 | No change |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-SF/7650239.1

1

STIPULATION AND [PROPOSED] ORDER
TO AMEND CERTAIN LITIGATION
DEADLINES CASE NO. 06-CV-7965 JSW

GOOD CAUSE EXISTS to continue the litigation deadlines set forth herein in light of the fact that the Court previously signed the parties' November 7, 2007 Stipulation, the parties' counsel arranged their calendars accordingly, no other dates are affected by this Stipulation, and Defendant's reply brief will still be filed 14-days before the hearing per Local Rule 7-3(c)

**IT IS SO STIPULATED**

Dated: January 4, 2008

RUDY EXELROD & ZIEFF, LLP

By: _____
Patrice L. Goldman
Attorney for Plaintiff JENNIFER JORDAN

Dated: January 4, 2008

MORGAN LEWIS & BOCKIUS LLP

By: _____
Brian L. Johnsrud
Attorney for Defendant DOUBLECLICK, INC.

**ORDER**

The Court, having considered the Stipulation and [Proposed] Order between Plaintiff and Defendant, approves said Stipulation per the terms contained therein.

**IT IS SO ORDERED**

DATED: January 7, 2008

_____
HONORABLE JEFFREY S. WHITE