IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JENNIFER JORDAN,

    Plaintiff,

v.

DOUBLECLICK INC.,

    Defendant.

                                         /

No. C 06-07965 JSW

**NOTICE OF TENTATIVE RULING AND QUESTIONS**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE OF THE FOLLOWING **TENTATIVE** RULING AND QUESTIONS FOR THE HEARING SCHEDULED ON FEBRUARY 1, 2008 AT 9:00 A.M.:

The Court has reviewed the parties' papers and, thus, does not wish to hear the parties reargue matters addressed in those pleadings. If the parties intend to rely on authorities not cited in their briefs, they are ORDERED to notify the Court and opposing counsel of these authorities reasonably in advance of the hearing and to make copies available at the hearing. If the parties submit such additional authorities, they are ORDERED to submit the citations to the authorities only, with pin cites and without argument or additional briefing. *Cf.* N.D. Civil Local Rule 7-3(d). The parties will be given the opportunity at oral argument to explain their reliance on such authority.

The Court **tentatively GRANTS** Defendant's motion for summary judgment.

The parties shall each have 15 minutes to address the following questions:

1. What evidence in the record indicates that Plaintiff suffered from performance difficulties from July 28, 2006, the time of her supervisor's e-mail regarding his performance expectations, to September 28, 2006, the date of her termination? Were any of these alleged performance difficulties related to Plaintiff's pregnant status? Is there any evidence in the record demonstrating that Defendant believed Plaintiff's performance issues were related to her pregnant status?

2. Is there any evidence in the record indicating the reason for Defendant's decision not to give Plaintiff a 30-day probation period as discussed internally?

3. Do the parties have anything further they wish to address?

**IT IS SO ORDERED.**

Dated: January 31, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE