ALAN B. EXELROD (SBN: 50467)
PATRICE L. GOLDMAN (SBN: 142855)
RUDY EXELROD & ZIEFF, L.L.P.
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 434-9800
Facsimile: (415) 434-0513
E-mail: plg@reztlaw.com

Attorneys for Plaintiff,
JENNIFER JORDAN

BRIAN LEE JOHNSRUD, State Bar No. 184474
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: (650) 843-4000
Fax: (650) 843-4001
E-mail: bjohnsrud@morganlewis.com

M. MICHAEL COLE, State Bar No. 235538
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
mcole@morganlewis.com
Tel: (415) 442-1000
Fax: (415) 442-1001
E-mail: mcole@morganlewis.com

Attorneys for Defendant,
DOUBLECLICK INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JENNIFER JORDAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DOUBLECLICK, INC.; DOES 1-30,<br>　　　　Defendants. | Case No. 06-CV-7965 JSW<br><br>**STIPULATION AND [PROPOSED]　ORDER TO STAY DECISION ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

1  Plaintiff Jennifer Jordan ("Plaintiff") and Defendant DoubleClick, Inc. ("Defendant")
2  (collectively, the "Parties"), by and through their respective counsel of record, file this Stipulation
3  and Proposed Order to Stay this Court's Pending Decision on Defendant's Motion for Summary
4  Judgment, Or In the Alternative, Partial Summary Judgment ("Summary Judgment Motion"):

5  **WHEREAS**, on February 1, 2008, the Court heard argument on Defendant's Summary
6  Judgment Motion and at the conclusion of the hearing, took the matter under submission;

7  **WHEREAS**, following argument on Defendant's Summary Judgment Motion, the parties
8  engaged in further settlement discussions and negotiations and believe they have resolved the
9  matter;

10  **WHEREAS**, the parties stipulate to stay any ruling on Defendant's Summary Judgment
11  Motion for at least one week from the date of this Stipulation and Proposed Order so that
12  discussions and negotiations over all the terms of a settlement can be completed and
13  memorialized:

14  **GOOD CAUSE EXISTS** to stay a ruling on Defendant's Summary Judgment Motion as
15  set forth herein, and to avoid the potential unnecessary use of judicial resources.

16  **IT IS SO STIPULATED**

18  Dated: February 5, 2008

RUDY EXELROD & ZIEFF, L.L.P.

By: _____
Patrice L. Goldman
Attorney for Plaintiff JENNIFER JORDAN

22  Dated: February 5, 2008

MORGAN LEWIS & BOCKIUS LLP

By: _____
Brian L. Johnsrud
Attorney for Defendant DOUBLECLICK, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-SF/7662698.1

1

STIPULATION AND [PROPOSED] ORDER
TO STAY DECISION ON DEF.'S MSJ
CASE NO 06-CV-7965 JSW

1
2            **ORDER**
3    The Court, having considered the Stipulation and Plaintiff and Defendant, approves said
4    Stipulation per the terms contained therein.
5    **IT IS SO ORDERED**
6    DATED: ~~January~~ February 6, 2008        /s/ Jeffrey S. White
7                                              HONORABLE JEFFREY S. WHITE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-SF/7662698.1                2        STIPULATION AND [PROPOSED] ORDER
                                       TO STAY DECISION ON DEF.'S MSJ
                                       CASE NO. 06-CV-7965 JSW