1  ALAN B. EXELROD (SBN: 50467)
   PATRICE L. GOLDMAN (SBN: 142855)
2  RUDY EXELROD & ZIEFF, L.L.P.
   351 California Street, Suite 700
3  San Francisco, CA 94104
   Telephone: (415) 434-9800
4  Facsimile: (415) 434-0513
   E-mail: plg@reztlaw.com
5
   Attorneys for Plaintiff,
6  JENNIFER JORDAN

7  BRIAN LEE JOHNSRUD, State Bar No. 184474
   MORGAN, LEWIS & BOCKIUS LLP
8  2 Palo Alto Square
   3000 El Camino Real, Suite 700
9  Palo Alto, CA 94306-2122
   Tel: (650) 843-4000
10 Fax: (650) 843-4001
   E-mail: bjohnsrud@morganlewis.com
11
   M. MICHAEL COLE, State Bar No. 235538
12 MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
13 San Francisco, CA 94105-1126
   Tel: (415) 442-1000
14 Fax: (415) 442-1001
   E-mail: mcole@morganlewis.com
15
   Attorneys for Defendant,
16 DOUBLECLICK INC.

17                 UNITED STATES DISTRICT COURT

18                 NORTHERN DISTRICT OF CALIFORNIA

19                     SAN FRANCISCO DIVISION

20

21 JENNIFER JORDAN,                  | Case No. 06-CV-7965 JSW
22             Plaintiff,            | **STIPULATION AND [PROPOSED]
                                     | ORDER FOR DISMISSAL OF CASE WITH
23       vs.                         | PREJUDICE**
24 DOUBLECLICK, INC.; DOES 1-30,
25             Defendants.

26
27
28

It is hereby STIPULATED by and between the parties to this action, and their designated counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1) that the above-titled action be discontinued and dismissed with prejudice as to all parties, with each party bearing his, her, or its own fees and costs.

Dated: February 13, 2008

RUDY EXELROD & ZIEFF, L.L.P.

By: _____
Patrice L. Goldman
Attorney for Plaintiff JENNIFER JORDAN

Dated: February 1, 2008

MORGAN LEWIS & BOCKIUS LLP

By: _____
Brian L. Johnsrud
Attorney for Defendant DOUBLECLICK, INC.

## [PROPOSED] ORDER

The matter of *Jennifer Jordan v. DoubleClick, Inc.*, United States District Court, Northern District of California, Case No. 06-CV-7965 JSW is hereby dismissed with prejudice in its entirety as to all parties.

**IT IS SO ORDERED.**

Dated: March 13, 2008

_____
The Hon. Jeffrey S. White
U.S. District Judge